IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT WETTIG, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-3231 |
| | : | |
| v. | : | |
| | : | |
| BRUMBACH, MANCUSO & FEGLEY, PC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 7th day of March, 2019, the parties having settled the above-captioned action, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement and without costs.

The Court shall retain jurisdiction for a period of ninety (90) days while the parties finalize the written settlement agreement.

BY THE COURT:

By: */s/ Shana Restucci*
Shana Restucci, Civil Deputy Clerk
The Honorable Edward G. Smith
Shana_Restucci@paed.uscourts.gov